# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAIN RODNEY HOLMES, | No. 2:18-CV-0402-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| L. GOODRICH, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a stay of proceedings pending return of his legal property (ECF No. 20). Defendants have filed a response to plaintiff's motion (ECF No. 22). In their response, defendants' counsel indicates that, upon learning of plaintiff's difficulties receiving his legal property, counsel contacted the appropriate institution and is informed that plaintiff's legal property will be forwarded to him in the "near future." This declaration was signed on December 20, 2019. On counsel's representation, it appears that a stay of proceedings is not necessary at this time.

Plaintiff's motion will, therefore, be denied without prejudice to renewal should his legal property not be returned within 60 days of the date of this order. In the meantime, the court will by separate order issue a preliminary schedule for this matter. This schedule will include an additional 60 days for various deadlines to account for the time allowed herein for

1

return of plaintiff's legal property.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a stay of proceedings (ECF No. 22) is denied without prejudice.

Dated: January 8, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE