XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JOANNA B. HOOD, State Bar No. 264078
Acting Supervising Deputy Attorney General
ERIK A. GUTIERREZ, State Bar No. 273837
Deputy Attorney General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 210-7340
　Fax: (916) 324-5203
　E-mail: Erik.Gutierrez@doj.ca.gov
*Attorneys for L. Goodrich,
P. Rahsev, and C. Pierce*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ZAIN RODNEY HOLMES,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**L. GOODRICH, et al.**<br><br>　　　　　　　　　　　Defendant. | 2:18-cv-00402 DMC<br><br>**[PROPOSED] ORDER**<br><br>Judge:　　　　The Honorable Dennis M. Cota<br>Trial Date:　　Not set<br>Action Filed:　November 16, 2018 |

　　　Good cause appearing, Defendants L. Goodrich, P. Rashev, and C. Pierce's second request for an extension of time to respond to Plaintiff's first sets of interrogatories and requests for production of documents is **GRANTED**. Defendants shall serve their responses to Plaintiff's first set of interrogatories on or before May 13, 2020, and their responses to Plaintiff's first set of requests for production of documents on or before May 29, 2020.

Dated: April 23, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE