UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAIN RODNEY HOLMES,<br><br>Plaintiff,<br><br>v.<br><br>L. GOODRICH, et al.,<br><br>Defendants. | No. 2: 18-cv-0402 DMC P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2020, a settlement conference was held before the undersigned. This action settled.

    On February 5, 2021, plaintiff filed a "motion for settlement funds." (ECF No. 37.) In this motion, plaintiff alleged that it has been five months since the settlement conference and he has not received his settlement funds.

    On February 26, 2021, defendants filed a response to plaintiff's February 5, 2021 motion. (ECF No. 38.) Defendants responded that plaintiff's motion was premature because the 180 days deadline to pay the settlement funds, as set forth in the settlement agreement and release, had not yet expired. In the response, defendants advised the court and plaintiff that they expected to pay the settlement funds by March 17, 2021, i.e., the 180 days deadline.

////

1     On March 3, 2021, plaintiff filed a request for status of the payment of his settlement
2 funds. (ECF No. 39.)
3     Defendants are correct that the deadline for payment of the settlement funds is March 17,
4 2021. For this reason, plaintiff's motion for payment of the settlement funds is denied. If
5 plaintiff does not receive payment of the settlement funds by March 17, 2021, he shall notify the
6 court.
7     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for payment of the
8 settlement funds (ECF No. 37) is denied without prejudice.
9 Dated: March 10, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Holm402.ord

2