UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAIN RODNEY HOLMES,<br><br>           Plaintiff,<br><br>    v.<br><br>L. GOODRICH, et al.,<br><br>           Defendants. | No.  2: 18-cv-0402 DMC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 15, 2020, a settlement conference was held before the undersigned.  This action settled.

On March 24, 2021, plaintiff filed a letter stating that he did not receive the settlement funds by the March 17, 2021 payment deadline.[1]  (ECF No. 41.)

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendants shall inform the court of the status of the payment of the settlement funds.

Dated:  April 13, 2021

Holm402.ord(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 26, 2021, defendants informed the court that they expected to pay plaintiff the settlement funds by March 17, 2021.  (ECF No. 38.)

1